# Third District Court of Appeal

## State of Florida

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1212
Lower Tribunal No. 08-17961
_____

**Steve Davis,**
Appellant,

vs.

**Elizabeth Lopez, f/k/a Elizabeth Moreno,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia Del Rey, Judge.

Gregory M. Ochalek, for appellant.

Davis Smith & Jean, LLC, Laura Davis Smith and Sonja A. Jean, for appellee.

Before FERNANDEZ, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.